Waukegan Times Theatre Corporation, Appellant, v. Nellie Conrad and Western and Southern Life Insurance Company, Appellees.

Gen. No. 10,083.

opinion filed November 4, 1946; released for publication December 10, 1946. Max M. & Samuel Grossman and George W. Field, for appellant; Max M. Grossman, Louis N. Grossman and Lester N. Grossman, of counsel; Snyder &

644

Clarke and Ashcraft & Ashcraft, for appellees; Gerald C. Snyder and Norman L. Olson, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.